108 F.3d 1393
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
GENEVA STEEL, AK Steel Corporation, Bethlehem Steel
Corporation, Gulf States Steel, Inc. of Alabama, Inland
Steel Industries, Inc., LTV Steel Company, Inc., Laclede
Steel Company, National Steel Corporation, Sharon Steel
Corporation, U.S. Steel Group (A Unit of USX Corporation)
and WCI Steel, Inc., Plaintiffs-Appellees,
v.
FABRIQUE DE FER DE CHARLEROI S.A. and S.A. Forges de
Clabecq, Defendants.
and
The United States, Defendant-Appellees,
and
Sidmar N.V. and Tradearbed, Inc., Defendants-Appellants.
 No. 97-1123.
 United States Court of Appeals, Federal Circuit.
 Feb. 27, 1997.
 ORDER
 The parties having so agreed, it is
 
 1
 ORDERED that the proceeding is DISMISSED under Fed.R.App.P. 42(b).